1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| FREDRIC HAGHEBAERT, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-09601-PA-GJS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER ACTION** |
| v. | |
| TANDY LEATHER FACTORY, INC., JANET CARR, TINA L. CASTILLO, and SHANNON L. GREENE, | Action Filed: November 7, 2019 |
| Defendants. | |

1  The Stipulation to Transfer Action having been considered, and good cause
2  appearing therefor, it is hereby ordered that:
3      1.   This case is hereby transferred to the United States District Court for the
4  Northern District of Texas, Fort Worth Division.
5
6      IT IS SO ORDERED.
7
8
9
10  Dated: _____, 2019   By_____
                                    Hon. Percy Anderson
11                                  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER ACTION